DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION CONTINUING MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| GEORGE F. GOODWIN, | ) ) | Date:  June 5, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before May 8, 2006, government responses to be filed on or before May 22, 2006, replies to be filed on or before May 30, 2006, **and the hearing on motions now set for April 10, 2006, may be continued to June 5, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow time to view discovery, continue investigation, confer with defendant who is out of custody, and to determine the need to file motions.

///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in
2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and
3  (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 7, 2006          By  /s/ Victor M. Chavez with consent of
                                  Virna L. Santos
                                  VIRNA L. SANTOS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: April 7, 2006          By  /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  GEORGE F. GOODWIN

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 7, 2006**             /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Schedule and
Hearing; and [Proposed] Order Thereon
                                    2