```
 1   DANIEL J. BRODERICK, #89424
     Acting Federal Defender
 2   VICTOR M. CHAVEZ, Bar #113752
     Assistant Federal Defender
 3   Designated Counsel for Service
     2300 Tulare Street, Suite 330
 4   Fresno, California  93721-2226
     Telephone: (559) 487-5561
 5
     Attorney for Defendant
 6   GEORGE F. GOODWIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00442 AWI |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE/MOTIONS HEARING; |
| v. ) | ORDER THEREON |
| GEORGE F. GOODWIN, ) | Date: July 17, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference/motions hearing in the above-referenced matter now set for June 5, 2006, may be continued to July 17, 2006, at 9:00 A.M.**

This motion is requested by counsel for defendant to allow additional time for defense preparation.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 1, 2006          By  /s/  Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: June 1, 2006          By  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
GEORGE F. GOODWIN

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    June 5, 2006**                    /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE