DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE/MOTIONS HEARING; ORDER THEREON |
| v. | ) | |
| GEORGE F. GOODWIN, | ) | Date:  August 21, 2006 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference/motions hearing in the above-referenced matter now set for July 17, 2006, may be continued to August 21, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and plea negotiation.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: July 13, 2006                  By  /s/  Virna L. Santos
                                        VIRNA L. SANTOS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: June 13, 2006                 By  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GEORGE F. GOODWIN


**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    July 14, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE