DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE/MOTIONS HEARING; |
| v. | ) | ORDER THEREON |
| GEORGE F. GOODWIN, | ) | Date: October 2, 2006 |
| Defendant. | ) | Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference/motions hearing in the above-referenced matter now set for August 21, 2006, may be continued to October 2, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and plea negotiation.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: August 17, 2006           By  /s/ Virna L. Santos
                                          VIRNA L. SANTOS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

DATED: August 17, 2006           By  /s/ Victor M. Chavez
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          GEORGE F. GOODWIN

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**    **August 18, 2006**                    /s/ **Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE