IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>GEORGE F. GOODWIN,<br><br>        *Defendant*. | NO. 1:05-cr-00442 AWI<br><br>ORDER ON STIPULATION CONTINUING<br>STATUS CONFERENCE/MOTIONS HEARING<br><br>Date:  December 11, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

On November 2, 2006, the parties in the above entitled action filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference/motions hearing in the above-referenced matter now set for November 6, 2006, may be continued to December 11, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and plea negotiation.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: November 2, 2006       By  /s/  Virna L. Santos
                                              VIRNA L. SANTOS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

| | |
|---|---|
| DATED: November 2, 2006 | By  /s/ Victor M. Chavez  <br>VICTOR M. CHAVEZ <br>Assistant Federal Defender <br>Attorney for Defendant <br>GEORGE F. GOODWIN |

**O R D E R**

As per the above stipulation, **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     November 2, 2006**                    /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference/Motions
Hearing; [Proposed] Order Thereon

2