DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442 LJO |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION CONTINUING STATUS CONFERENCE; AND [PROPOSED] ORDER THEREON |
| v. | ) ) | |
| GEORGE F. GOODWIN, | ) ) | Date: April 6, 2007 Time: 9:00 a.m. |
| *Defendant*. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-referenced matter now set for February 26, 2007, may be continued to **April 6, 2007 at 9:00 a.m.**

This continuance is requested to allow the parties additional time for plea negotiation prior to hearing.

///
///
///
///
///
///
///

1   The parties also agree that any delay resulting from this continuance shall be excluded in

2   the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: February 22, 2007         By  /s/  Virna L. Santos
                                                VIRNA L. SANTOS
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: February 22, 2007         By  /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                GEORGE F. GOODWIN

## O R D E R

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). Good cause exists. Based on the length of the delay, the Court will expect decisions to be made and voiced at the April 6, 2007 hearing, and that no further delay will be requested or granted.

IT IS SO ORDERED.

**Dated:   February 22, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES DISTRICT JUDGE