DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442  LJO |
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; AND [PROPOSED] ORDER THEREON |
| v. | ) ) | |
| GEORGE F. GOODWIN, | ) | Date:   August 31, 2007 |
| *Defendant.* | ) ) | Time:  9:00 a.m. Judge: Hon. Lawrence J. O'Neill |
| | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the sentencing hearing scheduled for July 6, 2007 may be continued to **August 31, 2007 at**

**9:00 a.m.**

The request for continuance of the sentencing hearing is being made to allow for rescheduling of

the presentence interview.  The original presentence interview was rescheduled due to medical

appointments Mr. Goodwin had.  Additional time is also necessary because medical records need to be

///

///

///

///

///

1    obtained and reviewed.   The interview is presently scheduled for May 31, 2007.

2                                              McGREGOR W. SCOTT
                                               United States Attorney
3

4    DATED: May 25, 2007                  By   /s/  Virna L. Santos
                                               VIRNA L. SANTOS
5                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
6

7                                              DANIEL J. BRODERICK
                                               Federal Public Defender
8

9    DATED: May 25, 2007                  By   /s/ Victor M. Chavez
                                               VICTOR M. CHAVEZ
10                                             Assistant Federal Defender
                                               Attorney for Defendant
11                                             GEORGE F. GOODWIN

12   GOOD CAUSE HAS BEEN ESTABLISHED DUE TO THE MEDICAL SITUATION DESCRIBED IN

13   THE STIPULATION.   THE REQUEST FOR CONTINUANCE OF THE SENTENCING IS GRANTED,

14   AND WILL NOW BE HELD ON AUGUST 31, 2007 AT 9 A.M.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4   IT IS SO ORDERED.

5   **Dated:    May 25, 2007**                    /s/ Lawrence J. O'Neill
6                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28