DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GEORGE F. GOODWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00442  LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE RE PRISON DESIGNATION; |
| v. | ) | AND  ORDER THEREON |
| | ) | |
| GEORGE F. GOODWIN, | ) | |
| | ) | Date:  November 16, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel of record herein that the Status Conference hearing scheduled in the above captioned matter  for

November 9, 2007 may be continued to **November 16, 2007 at 9:00 a.m.**

**IT IS FURTHER STIPULATED** by and between the parties hereto through their respective

counsel of record herein that **defendant George F. Goodwin shall self-surrender** to FCI Terminal Island

on **November 9, 2007 before 2:00 p.m.**

The parties will ask the Court to vacate the November 16, 2007 Status Conference hearing upon

///

///

///

///

///

1

2    confirmation of Mr. Goodwin's self-surrender to FCI Terminal Island on November 9, 2007.

3

4                                              McGREGOR W. SCOTT
                                               United States Attorney

5

6    DATED:  October 18, 2007            By   /s/  David L. Gappa
                                               DAVID L. GAPPA
7                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff

8

9                                              DANIEL J. BRODERICK
                                               Federal Public Defender

10

11   DATED: October 18, 2007            By   /s/ Victor M. Chavez
                                               VICTOR M. CHAVEZ
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             GEORGE F. GOODWIN

14

15

16                                   **O R D E R**

17   The reasoning for the requested continuance is sound, and good cause exists.

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Re
Prison Designation                              2

1

2

3

4

5

6   IT IS SO ORDERED.

7   **Dated:    October 18, 2007**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Re
Prison Designation                            3