PROB 35A (ED/CA)

**Order Terminating Term of Supervised Release**
**Prior to Expiration Date – Notice of Death**


# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No:  **1:05CR00442-01 LJO** |
| **GEORGE F. GOODWIN** | ) | |
| | ) | |


On August 31, 2007, the above-named was placed on Supervised Release for a period of 120 months. Supervision commenced on March 12, 2012.


On February 20, 2013, this office was notified that George F. Goodwin was confirmed dead by Dr. Rakesh Jindal on February 19, 2013 (copy of the notification is on file).   It is accordingly recommended this case be closed.


Respectfully submitted,

/s/ Ben J. Blankenship

**BEN J. BLANKENSHIP**
**Senior United States Probation Officer**

Dated:        March 6, 2013
                 Visalia, California


**REVIEWED BY:**      /s/ Thomas A. Burgess
                              Thomas A. Burgess
                              **Supervising United States Probation Officer**

1

PROB 35A (ED/CA)

Re:     **Goodwin, George F.**
        **Docket No:   1:05CR00442-01**
        **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that George F. Goodwin is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

cc:     AUSA - Mark E. Cullers
        AFD - Victor M. Chavez

IT IS SO ORDERED.

**Dated:   March 7, 2013**          _/s/  **Lawrence J. O'Neill**_
                                    UNITED STATES DISTRICT JUDGE

2